AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| Nintendo of America Inc. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:20-cv-01076 |
| Tom Dilts, Jr. and Uberchips, LLC d/b/a UBERCHIPS.COM | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tom Dilts, Jr.
16405 Maureen Dr.
Kenton, OH 43326

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kimberly Weber Herlihy
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43212
KWHerlihy@vorys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SANDY OPACICH, CLERK OF COURT

Date: 05/18/2020    s/LoriAnne MacKenzie
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:20-cv-01076

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Tom Dilts, Jr.__
was received by me on *(date)* __5-18-20__ .

☒ I personally served the summons on the individual at *(place)* __16405 Maureen Dr, Kenton, OH 4332__
on *(date)* __5-18-20__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __5-18-20__

__[signature]__
Server's signature

__Paul Jarrett, Legal Courier__
Printed name and title

__52 E. Gay St, Columbus, OH 43215__
Server's address

Additional information regarding attempted service, etc: