# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **NINTENDO OF AMERICA INC.** *Plaintiff*, v. **TOM DILTS, JR., et al.** *Defendants*. | CIVIL ACTION NO.: 3:20-CV-01076 <br><br> JUDGE HELMICK |

## MOTION TO APPEAR *PRO HAC VICE* AS COUNSEL FOR PLAINTIFF NINTENDO OF AMERICA INC.

Pursuant to Local Rule 83.5(h) of the United States District Court, Northern District of Ohio, Plaintiff Nintendo of America Inc. ("Plaintiff") hereby moves for the admission *pro hac vice* of Alison Stein, an attorney with the law firm of Jenner & Block LLP, as counsel for Plaintiff. Alison Stein is a member in good standing of the New York Court of Appeals, the United States District Court for the Southern District of New York, the United States Court of Appeals for the Second Circuit, and the United States Court of Appeals for the Third Circuit. A declaration, containing the information required by Local Rule 83.5(h), accompanies this motion.

Dated: May 20, 2020                                  Respectfully submitted,


VORYS, SATER, SEYMOUR                                JENNER & BLOCK LLP
AND PEASE LLP


 /s/ *Kimberly Weber Herlihy*                         /s/ *Alison I. Stein*

Kimberly Weber Herlihy                               Alison I. Stein (*Pro Hac Vice Pending*)
Elizabeth S. Alexander                               Cayman C. Mitchell (*Pro Hac Vice Pending*)*
52 East Gay Street                                   919 Third Avenue
Columbus, Ohio 43215                                 38th Floor
Telephone: (614) 464-6400                            New York, NY 10022
Facsimile: (614) 464-6350                            Telephone: (212) 891-1600
kwherlihy@vorys.com                                  Facsimile: (212) 891-1699
esalexander@vorys.com                                astein@jenner.com
                                                     cmitchell@jenner.com

                                                     Christopher S. Lindsay (*Pro Hac Vice* Pending)
                                                     633 West 5th Street, Suite 3600
                                                     Los Angeles, CA 90071
                                                     Tel: 213.239.5100
                                                     clindsay@jenner.com

                                                     *Attorneys for Plaintiff Nintendo of America Inc.*




                                                     *\*Admitted only in Massachusetts, not admitted
                                                     in New York. Practicing under the supervision
                                                     of the partnership of Jenner & Block LLP*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2020, I served the foregoing by certified mail on the following:

Tom Dilts, Jr.
16405 Maureen Dr.
Kenton, OH 43326

Uberchips, LLC
16405 Maureen Dr.
Kenton, OH 43326

      */s/ Kimberly Weber Herlihy*
      Kimberly Weber Herlihy