UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **NINTENDO OF AMERICA INC.**<br><br>*Plaintiff*,<br><br>v.<br><br>**TOM DILTS, JR., et al.**<br><br>*Defendants*. | CIVIL ACTION NO.: 3:20-CV-01076<br><br>JUDGE HELMICK |

### DECLARATION OF ALISON STEIN

I, Alison Stein, submit this declaration in support of my application for leave to appear and practice *pro hac vice* in the above-captioned case:

1. My full name is Alison Irene Stein.

2. I am an attorney with the law firm Jenner and Block LLP. My office is located at 919 Third Avenue, 38th Floor, New York, NY 10022. My telephone number is (212) 891-1622. My facsimile number is (212) 891-1699. My email address is astein@jenner.com.

3. I was admitted by examination to the New York bar on January 21, 2010. My attorney registration number is 4787230, and I am a member in good standing of the New York Court of Appeals.

4. I was also admitted to the United States District Court for the Southern District of New York on January 10, 2012; the United States Court of Appeals for the Second Circuit on April 25, 2017; and the United States Court of Appeals for the Third Circuit on July 13, 2010. I am a member in good standing in each of these federal courts.

5. I have never been disbarred nor suspended from practice by any state or federal court, administrative body, or commission. I have never received a reprimand from any such

court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this May 20, 2020 in New York, NY.

Alison Stein