# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **NINTENDO OF AMERICA INC.** *Plaintiff*, v. **TOM DILTS, JR., et al.** *Defendants*. | CIVIL ACTION NO.: 3:20-CV-01076 JUDGE HELMICK |

## MOTION TO APPEAR *PRO HAC VICE* AS COUNSEL FOR PLAINTIFF NINTENDO OF AMERICA INC.

Pursuant to Local Rule 83.5(h) of the United States District Court, Northern District of Ohio, Plaintiff Nintendo of America Inc. ("Plaintiff") hereby moves for the admission *pro hac vice* of Cayman C. Mitchell, an attorney with the law firm of Jenner & Block LLP, as counsel for Plaintiff. Cayman C. Mitchell is a member in good standing of the Massachusetts Supreme Judicial Court. A declaration, containing the information required by Local Rule 83.5(h), accompanies this motion.

Dated: May 20, 2020

VORYS, SATER, SEYMOUR
AND PEASE LLP


  /s/ *Kimberly Weber Herlihy*

Kimberly Weber Herlihy
Elizabeth S. Alexander
52 East Gay Street
Columbus, Ohio 43215
Telephone: (614) 464-6400
Facsimile: (614) 464-6350
kwherlihy@vorys.com
esalexander@vorys.com

Respectfully submitted,

JENNER & BLOCK LLP


  /s/ *Alison I. Stein*

Alison I. Stein (*Pro Hac Vice Pending*)
Cayman C. Mitchell (*Pro Hac Vice Pending*)*
919 Third Avenue
38th Floor
New York, NY 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
astein@jenner.com
cmitchell@jenner.com

Christopher S. Lindsay (*Pro Hac Vice* Pending)
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Tel: 213.239.5100
clindsay@jenner.com

*Attorneys for Plaintiff Nintendo of America Inc.*

*\*Admitted only in Massachusetts, not admitted in New York. Practicing under the supervision of the partnership of Jenner & Block LLP*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 20, 2020, I served the foregoing by certified mail on the following:

Tom Dilts, Jr.
16405 Maureen Dr.
Kenton, OH 43326

Uberchips, LLC
16405 Maureen Dr.
Kenton, OH 43326

            */s/ Kimberly Weber Herlihy*
            Kimberly Weber Herlihy