# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**NINTENDO OF AMERICA INC.**

    *Plaintiff*,

    v.

**TOM DILTS, JR., et al.**

    *Defendants*.

CIVIL ACTION NO.: 3:20-CV-01076

JUDGE HELMICK

## DECLARATION OF CAYMAN C. MITCHELL

I, Cayman C. Mitchell, submit this declaration in support of my application for leave to appear and practice *pro hac vice* in the above-captioned case:

1. My full name is Cayman Cole Mitchell.

2. I am an attorney with the law firm Jenner and Block LLP. My office is located at 919 Third Avenue, 38th Floor, New York, NY 10022. My telephone number is (212) 891-1638. My facsimile number is (212) 891-1699. My email address is cmitchell@jenner.com.

3. I was admitted by examination to the Massachusetts bar on November 28, 2018. My attorney registration number is 703728, and I am a member in good standing of the Massachusetts Supreme Judicial Court.

4. I have never been disbarred nor suspended from practice by any state or federal court, administrative body, or commission. I have never received a reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this May 19, 2020 in New York, NY.

_____
Cayman C. Mitchell