# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **NINTENDO OF AMERICA INC.** *Plaintiff*, v. **TOM DILTS, JR., et al.** *Defendants*. | CIVIL ACTION NO.: 3:20-CV-01076  JUDGE HELMICK |

## MOTION TO APPEAR *PRO HAC VICE* AS COUNSEL FOR PLAINTIFF NINTENDO OF AMERICA INC.

Pursuant to Local Rule 83.5(h) of the United States District Court, Northern District of Ohio, Plaintiff Nintendo of America Inc. ("Plaintiff") hereby moves for the admission *pro hac vice* of Christopher S. Lindsay, an attorney with the law firm of Jenner & Block LLP, as counsel for Plaintiff.  Christopher S. Lindsay is a member in good standing of the Supreme Court of California, the United States District Court for the Central District of California, the United States District Court for the Southern District of California, the United States District Court for the Northern District of California, and the United States Court of Appeals for the Ninth Circuit.  A declaration, containing the information required by Local Rule 83.5(h), accompanies this motion.

Dated: May 20, 2020                                    Respectfully submitted,

VORYS, SATER, SEYMOUR                                  JENNER & BLOCK LLP
AND PEASE LLP


  /s/ *Kimberly Weber Herlihy*                           /s/ *Alison I. Stein*

Kimberly Weber Herlihy                                 Alison I. Stein (*Pro Hac Vice Pending*)
Elizabeth S. Alexander                                 Cayman C. Mitchell (*Pro Hac Vice Pending*)*
52 East Gay Street                                     919 Third Avenue
Columbus, Ohio 43215                                   38th Floor
Telephone: (614) 464-6400                              New York, NY 10022
Facsimile: (614) 464-6350                              Telephone: (212) 891-1600
kwherlihy@vorys.com                                    Facsimile: (212) 891-1699
esalexander@vorys.com                                  astein@jenner.com
                                                       cmitchell@jenner.com

                                                       Christopher S. Lindsay (*Pro Hac Vice* Pending)
                                                       633 West 5th Street, Suite 3600
                                                       Los Angeles, CA 90071
                                                       Tel: 213.239.5100
                                                       clindsay@jenner.com

                                                       *Attorneys for Plaintiff Nintendo of America Inc.*




                                                       *\*Admitted only in Massachusetts, not admitted
                                                       in New York. Practicing under the supervision
                                                       of the partnership of Jenner & Block LLP*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 20, 2020, I served the foregoing by certified mail on the following:

Tom Dilts, Jr.
16405 Maureen Dr.
Kenton, OH 43326

Uberchips, LLC
16405 Maureen Dr.
Kenton, OH 43326

              */s/ Kimberly Weber Herlihy*
              Kimberly Weber Herlihy