# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**NINTENDO OF AMERICA INC.**

    *Plaintiff*,

    v.

**TOM DILTS, JR., et al.**

    *Defendants*.

CIVIL ACTION NO.: 3:20-CV-01076

JUDGE HELMICK

## DECLARATION OF CHRISTOPHER S. LINDSAY

I, Christopher S. Lindsay, submit this declaration in support of my application for leave to appear and practice *pro hac vice* in the above-captioned case:

1. My full name is Christopher Scott Lindsay.

2. I am an attorney with the law firm Jenner and Block LLP. My office is located at 633 West 5th Street, Suite 3600, Los Angeles, CA 90071. My telephone number is (213) 239-2201. My facsimile number is (213) 239-5199. My email address is clindsay@jenner.com.

3. I was admitted by examination to the California bar on December 4, 2011. My attorney registration number is 280525, and I am a member in good standing of the Supreme Court of California.

4. I was also admitted to the United States District Court for the Central District of California on December 12, 2011; the United States District Court for the Southern District of California on August 9, 2012; the United States District Court for the Northern District of California on May 29, 2019; and the United States Court of Appeals for the Ninth Circuit on December 12, 2011.

5.     I have never been disbarred nor suspended from practice by any state or federal court, administrative body, or commission.  I have never received a reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 19th day of May in Los Angeles, California.

_____
Christopher S. Lindsay