**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **NINTENDO OF AMERICA, INC.** | : | **CASE NO. 3:20-CV-01076** |
| **Plaintiff,** | : | **JUDGE HELMICK** |
| vs. | : | |
| | : | **NOTICE OF APPEARANCE** |
| **TOM DILTS, JR., et al.** | : | **OF COUNSEL** |
| **Defendants.** | : | |

_____

Now comes Zachary D. Maisch and Andrea M. Bayer fka Brown, Attorneys at Law, and hereby notifies all parties that they are representing the defendants, Tom Dilts, Jr. and Uberchips, LLC d/b/a uberchips.com herein and the same should be noted on the records of this Court.

        Respectfully submitted,
        RUMER & MAISCH CO., LLC

        /s/ Zachary D. Maisch
        Zachary D. Maisch, (0085926)

        /s/ Andrea M. Bayer fka Brown
        Andrea M. Bayer fka Brown (0089451)
        Attorneys at Law
        212 North Elizabeth Street, Suite 410
        Lima, OH 45801
        Telephone: (419) 228-7640
        Fax: (419) 228-6214
        E-Mail: zmaisch@rmcolaw.net
                abayer@rmcolaw.net
        ATTORNEYS FOR DEFENDANTS
        TOM DILTS, JR. & UBERCHIPS, LLC
        d/b/a UBERCHIPS.COM

**PROOF OF SERVICE**

This is to certify that on the 3rd day of June, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ Zachary D. Maisch
        Zachary D. Maisch