# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **NINTENDO OF AMERICA INC.** *Plaintiff*, v. **TOM DILTS, JR.** and **UBERCHIPS, LLC, d/b/a UBERCHIPS.COM** *Defendants*. | CIVIL ACTION NO. 3:20-CV-01076-JJH<br><br>Hon. Jeffrey J. Helmick |

## JOINT MOTION FOR ENTRY OF
## FINAL JUDGMENT AND PERMANENT INJUNCTION

Plaintiff Nintendo of America Inc. and Defendants Tom Dilts, Jr. and UberChips, LLC, hereby jointly move the Court to enter the Final Judgment and Permanent Injunction, filed contemporaneously herewith as Exhibit A.

Dated: September 30, 2020

By: */s/ Kimberly Weber Herlihy*　　　　By: */s/ Zachary D. Maisch*

VORYS, SATER, SEYMOUR AND PEASE LLP

Kimberly Weber Herlihy
Elizabeth S. Alexander
52 East Gay Street
Columbus, OH 43215
Telephone: (614) 464-6400
Facsimile: (614) 464-6350
kwherlihy@vorys.com
esalexander@vorys.com

By: */s/ Alison I. Stein*

JENNER & BLOCK LLP

Alison I. Stein (*Pro Hac Vice*)
Cayman C. Mitchell (*Pro Hac Vice*)
919 Third Avenue
38th Floor
New York, NY 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
astein@jenner.com
cmitchell@jenner.com

Christopher S. Lindsay (*Pro Hac Vice*)
633 West 5th Street
Suite 3600
Los Angeles, CA 90071
Tel: (213) 239-5100
clindsay@jenner.com

*Attorneys for Plaintiff Nintendo of America Inc.*

RUMER & MAISCH CO., LLC

Zachary D. Maisch, (0085926)
Andrea M. Bayer fka Brown, (0089451)
212 North Elizabeth Street, Suite 410
Lima, Ohio 45801
Telephone: (419) 228-7640
Fax: (419) 228-6214
zmaisch@rmcolaw.net
abayer@rmcolaw.net

*Attorneys for Defendants Tom Dilts, Jr. and UberChips, LLC*

**CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically with the Court this 30th day of September, 2020. Service will be made by the Court's electronic notification system, and all parties may access this filing through the Court's system.

By: */s/ Kimberly Weber Herlihy*