AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>USDC NORTHERN DISTRICT OF OHIO, WESTERN DIVISION<br>1716 Spielbusch Avenue<br>Toledo, Ohio 43604 | |
|---|---|---|
| DOCKET NO.<br>3:20-cv-01076 | DATE FILED<br>5/15/2020 | |
| PLAINTIFF<br>Nintendo of America Inc. | DEFENDANT<br>Tom Dilts, Jr.<br>and<br>Uberchips, LLC, d/b/a Uberchips.com | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Exhibit A. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☑ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED<br>10/2/2020 |
|---|---|---|
| CLERK<br>Sandy Opacich | (BY) DEPUTY CLERK<br>/s/Natalie Wlotzko | DATE<br>10/26/2020 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Nintendo of America Inc. v. Tom Dilts, Jr. et al., 3:20-cv-01076**
**Nintendo of America Inc.'s AO 121 – Exhibit A**

      This is currently not an action for copyright infringement under 17 U.S.C. §§ 501. Rather, this is an action for trafficking in devices that circumvent technological measures regarding access controls, pursuant to 17 U.S.C. § 1201(a)(2), and regarding copy controls, pursuant to 17 U.S.C. § 1201(b)(1). As such, while this litigation pertains to the circumvention of technological measures of access and copy controls in Plaintiff's operating system and games generally, there are no specific registered copyrights to list on the form.